AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Angel Sanchez
*Plaintiff*

v.

Complete Sod Solution, Inc. and Jesus Ochoa
*Defendant*

Case No.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: February 1, 2023

*Attorney's signature*

Daniel I. Schlade/ Bar No. 1034991
*Printed name and bar number*

Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
*Address*

dschlade@justicialaboral.com
*E-mail address*

(773) 550-3775
*Telephone number*

*FAX number*